

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00255-CV

| | | |
|---|---|---|
| FAI ENGINEERS, INC., Appellant | § | On Appeal from the 352nd District Court |
| | § | of Tarrant County (352-316382-20) |
| V. | § | December 10, 2020 |
| JAMES SHANNON LOGAN, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that FAI Engineers, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
Justice Dabney Bassel